ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

### CIVIL MINUTES-GENERAL

CASE NO. CV 03-01876-NM(RZx)          Date   4/7/03

TITLE:  Donald Fitzgerald, et al -v- City of Los Angeles, et al

PRESENT:

HON. NORA M. MANELLA JUDGE

| Arlene Chavez for Judith Hurley<br>Deputy Clerk | N/A<br>Court Reporter |
|---|---|
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| N/A | N/A |

PROCEEDINGS: IN CHAMBERS

On Friday, April 4, 2003, Defendant City of Los Angeles ("Defendant") filed a request to present oral testimony pursuant to Fed. R. Civ. P. 43(e) during the Preliminary Injunction Hearing on Monday, March 14, 2003. Rule 43(e) provides that when a motion is based on facts not appearing of record, the court may direct that the matter be heard wholly or partly on oral testimony or deposition. See Fed. R. Civ. P. 43(e). In the Ninth Circuit, a court may deny a party's request for oral testimony if the party has had "a full opportunity to submit written testimony and to argue the matter." Stanley v. University of So. Cal., 13 F.3d 1313, 1326 (9th Cir. 1994). Defendant submitted an Opposition to Plaintiffs' Application for the Temporary Restraining Order, supported by numerous declarations. Indeed, Defendant received a five-day extension for the filing of its Opposition and its supporting affidavits. Moreover, Defendant did not designate what witnesses it intends to call, nor provide an offer of proof as to the testimony of its proposed witnesses. For these reasons, Defendants' request to present oral testimony is **DENIED**.



ENTERED ON ICMS
APR - 8 2003

CASE NO. CV 03-01876-NM(RZx)                    Date    4/7/03

TITLE:   Donald Fitzgerald, et al -v- City of Los Angeles, et al

Page 2

On April 4, 2003, Defendant also filed notice of its intent to cross-examine each of the declarants whose declarations were filed in support of Plaintiffs' Application for a Temporary Restraining Order. Pursuant to Local Rule 7-8, a party may file a notice of request to cross-examine any declarant who is not beyond the subpoena power of the court and who is reasonably available to the party offering his declaration. See C.D. Cal. L.R. 7-8. No later than Wednesday, April 9, 2003, Plaintiffs shall file objections, if any, to Defendant's request. A courtesy copy shall be delivered to the courtesy copy box outside Judge Manella's chambers on the Spring Street level of the United States Courthouse.

cc: Counsel of Record

MINUTES FORM 11                          Initials of Deputy Clerk Jh
CIVIL-GEN