Mark Rosenbaum, Esq. [S.B. #59940]
Peter Eliasberg, Esq. [S.B. #189110]
Peter Bibring, Esq. [S.B. #223981]
ACLU of Southern California
1616 Beverly Blvd.
Los Angeles, CA 90026-9938
Telephone: (213) 977-9500
Fax: (213) 250-3919
Email: pbibring@aclu-sc.org

Carol Sobel, Esq. [S.B.#84483]
NATIONAL LAWYERS GUILD
429 Santa Monica Boulevard, Suite 550
Santa Monica, CA 90401-3439
Telephone: (310) 393-3055
Fax: (310) 393-3605
Email: carolsobel@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD FITZGERALD, et al., | Case No: CV 03-01876-DDP |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR FEES AND COSTS** |
| vs. | |
| CITY OF LOS ANGELES, et al., | Date: April 6, 2009<br>Time: 10 a.m.<br>Ctrm: 3 |
| Defendants. | The Honorable Dean D. Pregerson |

**This motion is made in compliance with Local Rule 7-3, as set forth in the attached declaration of counsel.**

Notice is hereby given that on April 6, 2009, at 10:00 a.m. in Courtroom 3 of the United States District Court, located at 312 N. Spring Street, Los Angeles, the Honorable Dean Pregerson, district judge presiding, Plaintiffs will move the Court for an Order granting reasonable attorney fees and costs in this action.

The motion is based on this Notice of Motion, the Memorandum of Points and Authorities, all Declarations and Exhibits filed in support of the Motion, as well as the Reply documents and exhibits, if any, in response to Defendants' Opposition.  The motion is also based on such further argument and evidence as may be presented at the hearing before the Court in this matter.

Plaintiffs seek fees and costs on the grounds that they are prevailing parties on the motion to extend the injunction and the subsequent negotiations, resulting in a settlement agreement and Order issued by the Court, setting forth the parameters of detentions, interrogations and searches of individuals present in the area of Los Angeles commonly referred to as Skid Row.  Plaintiffs seek fees and costs pursuant to 42 U.S.C. §1988 for enforcement of the Fourth Amendment rights at issue in this case, and pursuant to California Civil Code §1021.5 for enforcement of the analogous constitutional and statutory rights to be free from unreasonable search and seizure under California law.

DATED: March 6, 2009                    Respectfully Submitted,

                                                           ACLU OF SOUTHERN CALIFORNIA
                                                           LAW OFFICES OF CAROL SOBEL

                                                           By:        /S/
                                                               MARK  ROSENBAUM
                                                               Attorneys for Plaintiffs

1          DECLARATION OF CAROL A. SOBEL

2          I, CAROL A. SOBEL, declare:

3          1.     I am one of the attorneys for Plaintiffs in this action.  I have personal
4  knowledge o the facts set forth below and, if I were called to testify to these facts, I could
5  and would do so competently.

6          2.     On February 25, 2009, I engaged in a telephonic meet-and-confer regarding
7  this motion with Cory Brente and Kelly Kades, defendants' counsel in this action.  At the
8  time of the telephone call, I was in Washington, D.C. and I reached defendants' counsel
9  by telephone at their office number in Los Angeles.

10         I declare under penalty of perjury that the foregoing was true and correct.
11 Executed this 4th day of March, 2009 at Santa Monica, California.

13                    _____/s/   Carol A. Sobel_____
                     CAROL A. SOBEL

CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that the foregoing document has been served on March 6, 2009 by delivery through the Court's ECF system to all counsel of record listed on the attached Service List, except as to counsel, if any, who are not enrolled on the Court's ECF system for this action. As to the those counsel, if any, a copy of the document has been mailed this date by U.S. Postal Service First Class mail.

Christian Lebano

# SERVICE LIST

Rockard J. Delgadillo
Cory Brente
Kelly Kades
200 N. Main Street, 6th floor CHE
Los Angeles, CA 90012
Email: Cory.brente@lacity.org

Mark Rosenbaum, Esq. [S.B. #59940]
Peter Eliasberg, Esq. [S.B. #189110]
Peter Bibring, Esq. [S.B. #223981]
ACLU of Southern California
1616 Beverly Blvd.
Los Angeles, CA 90026-9938
Telephone: (213) 977-9500
Fax: (213) 250-3919
Email: pbibring@aclu-sc.org

Carol Sobel, Esq. [S.B.#84483]
429 Santa Monica Boulevard, Suite 550
Santa Monica, CA 90401-3439
Telephone: (310) 393-3055
Fax: (310) 393-3605
Email: carolsobel@aol.com